7 Ellicott Ave
Batavia, NY 14020
August 9, 2019
(Civil Action # 17-CV-1050)



Dear Judge Vilardo:

I am writing to request permission to write the Federal Court a Sur-Reply to the Attorney's Reply affidavit. I would like the opportunity to address erroneous and derogatory information. The affidavit contains a number of falsehoods that I would like to clarify and would greatly appreciate the chance to do so. Thank you for your time and consideration.

Respectfully,

Daniel Thomas